**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Willie Lee HICKS, Defendant–
Appellant.**

No. 09–6550.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 22, 2009.

Decided: July 1, 2009.

Willie Lee Hicks, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Lee Hicks appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hicks,* No. 3:03–cr–00233–REP–1 (E.D.Va. Mar. 12, 2009). We deny Hicks' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*